October 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BARBARA GALDIN, Appellant

NO. 14-15-00670-CV                                    V.

MAR DEL SOL APTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 27, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Barbara Galdin.

We further order this decision certified below for observance.